UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO<br>    1300 L Street, NW<br>    Washington, DC 20005 | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. |
| UNITED STATES POSTAL SERVICE,<br>    475 L'Enfant Plaza, SW<br>    Washington, DC  20260, | ) ) ) ) | |
| Defendant | ) ) | |

## NOTICE OF FILING PETITION TO COMPEL ARBITRATION

**TO:**    United States Postal Service
         475 L'Enfant Plaza, SW
         Washington, DC 20260

         Michael B. Mukasey, Attorney General
         U.S. Department of Justice
         10th Street & Constitution Ave., NW
         Washington, DC 20530

         Civil Process Clerk
         U.S. Attorney for the District of Columbia
         555 4th Street, NW
         Washington, DC 20001

**Please take notice** that the American Postal Workers Union AFL-CIO on June

6, 2008, has filed a Petition to Compel Arbitration in the United States District Court for

the District of Columbia.  Any and all responsive papers, should be filed in the United

States District Court for the District of Columbia.

Respectfully submitted,

O'DONNELL, SCHWARTZ & ANDERSON, P.C.

Date:  June 6, 2008          By: _____

Darryl J. Anderson
DC Bar Number 154567
1300 L Street NW Suite 1200
Washington, DC 20005-4178
(202) 898-1707 FAX:(202) 682-9276