## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, )<br>AFL-CIO )<br>1300 L Street, N.W. )<br>Washington, D.C. 20005, )<br> )<br>          Plaintiff, )<br> )<br>     v. )<br> )<br>UNITED STATES POSTAL SERVICE, )<br>475 L'Enfant Plaza, S.W. )<br>Washington, D.C. 20260, )<br> )<br>          Defendant. )<br>_____ ) | Civil Action No.1:08CV00980 |

### AFFIDAVIT OF SERVICE

I, Barbara Zibordi, in lieu of an affidavit as permitted by 28 U.S.C. 1746, declare under penalty of perjury that the following is true:

On June 9, 2008, the following party was served with Notice of Filing Petition to Compel Arbitration and Petition to Compel Arbitration in this matter by certified mail, return receipt requested, as follows:

Michael B. Mukasey, Attorney General
U.S. Department of Justice
10th Street & Constitution Ave., NW
Washington, DC 20530

True copy of the signed return receipts is attached.

Dated: 6/13/08

_____
Barbara Zibordi

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael B. Mukasey, Attorney General
U.S. Department of Justice
10th Street & Constitution Ave., NW
Washington, DC 20530

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _(signature)_    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
JUN 0 9 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7003 1680 0001 2453 1667

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

● Sender: Please print your name, address, and ZIP+4 in this box ●

Darryl J. Anderson
O'Donnell, Schwartz & Anderson
1300 L street NW, Suite 1200
Washington, DC 20005

JUN  2 2008