UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO<br>1300 L Street, N.W.<br>Washington, D.C. 20005,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES POSTAL SERVICE,<br>475 L'Enfant Plaza, S.W.<br>Washington, D.C. 20260,<br><br>        Defendant. | Civil Action No.1:08CV00980 |

AFFIDAVIT OF SERVICE

I, Barbara Zibordi, in lieu of an affidavit as permitted by 28 U.S.C. 1746, declare under penalty of perjury that the following is true:

On June 9, 2008, the following party was served with Notice of Filing Petition to Compel Arbitration and Petition to Compel Arbitration in this matter by certified mail, return receipt requested, as follows:

    United States Postal Service
    475 L'Enfant Plaza, SW
    Washington, DC 20260

    True copy of the signed return receipts is attached.

Dated: 6/13/08

                                                               _/s/ Barbara Zibordi_
                                                                Barbara Zibordi

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): LR Chambers  C. Date of Delivery: 6/9/08 |
| 1. Article Addressed to:<br><br>United States Postal Service<br>475 L'Enfant Plaza, SW<br>Washington, DC 20260 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br><br>*Law Department* |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 1680 0001 2453 1674 |

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Darryl J. Anderson
O'Donnell, Schwartz & Anderson
1300 L street NW, Suite 1200
Washington, DC 20005

JUN 10 2008